84 A.3d 1056

**William D. TURNER, Appellant**

v.

**COMMON PLEAS COURT OF PENNSYLVANIA, Philadelphia County, Seth Williams, Prosecutor, John Kerestes, Jailer, Sci Mahanoy, Appellees.**

Supreme Court of Pennsylvania.

Jan. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**